IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | No. 08-20079-05-KHV |
| BRIAN ELE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

# ORDER

For substantially the reasons stated in the Government's Response To Defendant's Motion For Sentence Reduction (Doc. #334) filed November 9, 2021 and defendant's Reply To Response (Doc. #335) filed November 30, 2021, the Court overrules defendant's Motion To Reduce Sentence Pursuant To [18] U.S.C. § 3582(c)(2) (Doc. #328) and his Request For Review And Modification Of Supervised Release Length Of Term And Special Conditions (Doc. #329), both filed October 12, 2021.  This ruling is without prejudice to defendant's right to file a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i).

**IT IS SO ORDERED**.

Dated this 6th day of December, 2021 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge